450 A.2d 216

Penn Cent'l Bank v. Ewing, et al.

Appeal of E. Dean Keith.

Argued January 7, 1982.   R. Merle Heffner, for appellant;   David Alan Ody, for appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

The order of the lower court is hereby affirmed.

451 A.2d 562

Pennsylvania Electric Co., et al., Appellants v. Echnoz, et ux.

Reargument Denied Oct. 28, 1982.

Petition for Allowance of Appeal
Denied March 3, 1983.

Argued November 10, 1981.   Wayne A. Kablack, for appellants;   H.H. Heilman, Jr., for appellees.

Before BECK, JOHNSON and POPOVICH, JJ.

The order of June 8, 1981, is affirmed.